IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>ARSENAL SCAFFOLD OF PENNSYLVANIA, LLC a/k/a ARSENAL SCAFFOLD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1433<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, to wit, this __19th__ day of ____January____, 2021, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED. Judgment is entered in favor of the Plaintiff, Carpenters Combined Funds, Inc. and against the Defendant, Arsenal Scaffold of Pennsylvania, LLC a/k/a Arsenal Scaffold in the amount of $113,421.95.

BY THE COURT:

_s/Arthur J. Schwab_
United States District Judge

5444940.1