IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>ARSENAL SCAFFOLD OF PENNSYLVANIA, LLC a/k/a ARSENAL SCAFFOLD,<br><br>Defendant. | )<br>)<br>) Civil Action No. 20-1433<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SATISFACTION OF JUDGMENT**

TO:   Clerk of Courts

Please satisfy the judgment entered against Defendant, Arsenal Scaffold of Pennsylvania, LLC a/k/a Arsenal Scaffold, in the above-captioned action.

                                                TUCKER ARENSBERG, P.C.


                                                By: s/ Jeffrey J. Leech
                                                    Jeffrey J. Leech, Esquire
                                                    PA ID# 19814
                                                    Neil J. Gregorio, Esquire
                                                    PA ID# 90859
                                                    1500 One PPG Place
                                                    Pittsburgh, PA 15222
                                                    Attorneys for Plaintiff

TADMS:5486829-1 010342-187035

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Satisfaction of Judgment was served this 25th day of March 2021 via electronic mail upon the following:

Arsenal Scaffold of Pennsylvania, LLC
1300 Hulton Road
Verona, PA  15147

*s/Jeffrey J. Leech*
Jeffrey J. Leech, Esquire